No. 2805. R. BOAK & Co., APELANTE, *v.* ARMSTRONG & CÍA., APELADA.—Corte de Distrito de Ponce. Resuelto en abril 13, 1923.

POR CUANTO, los únicos errores señalados por la apelante son los siguientes: (1) Que la corte inferior cometió error en la apreciación de las pruebas y al declarar como declaró sin lugar la demanda en este caso; (2) Que la corte inferior cometió error al declarar como declaró, en su sen-

tencia que la ley y los hechos estaban a favor de la demandada y en contra de la demandante; (3) Que la corte inferior cometió error al imponer las costas, que incluyen honorarios de abogados, a la parte demandante;

Por Cuanto, las cuestiones así planteadas resultan mas bien de hecho que de derecho.

Por Cuanto, después de un detenido estudio de los autos a la luz del alegato de la apelante y de los argumentos escritos y orales de la apelada, no encontramos que se haya cometido abuso de discreción ni error tan manifiesto que requiera la revocación o modificación de la sentencia apelada;

Por Tanto, se confirma la sentencia dictada en marzo 10, 1922.